# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:04cv90

| | |
|---|---|
| COLUMBUS MARKETER, INC.; SOUTHERN CONVENIENCE STORES, INC.; RUTHERFORD MANAGEMENT CORPORATION; and WAFFLE HOUSE, INC., <br><br> **Plaintiffs,** <br><br> Vs. <br><br> TOWN OF COLUMBUS, A Body Politic and Municipal Entity Organized and Existing Under the Laws of the State of North Carolina <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the court on the joint Motion for Extension of Time for Court-Ordered Discovery Period. Having considered the joint motion and reviewed the pleadings, and it appearing that consent has been entered in accordance with 28, United States Code, Section 636(c), and that the proposed enlargements are reasonable in light of the complexity of the issues, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Extension of Time for Court-Ordered Discovery Period (#17) is **GRANTED,** and the Pretrial Order is modified to reflect the following new deadlines:

(1) plaintiffs' disclosure of expert witnesses on or before June 30, 2005;

(2) defendant's disclosure of its expert witness on or before July 30, 2005;

(3) discovery completion on or before August 30, 2005;

(4) dispositive motion filing deadline on or before September 30, 2005;

(5) mediation conducted on or before October 30, 2005; and

(6) ready date for trial, first term commencing on or after November 30, 2005.

(7)**Signed: May 16, 2005**

(8)

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge

